# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

XYZ Corporation

                                                  Plaintiff,

v.                                                               Case No.: 1:22–cv–01002

                                                                         Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations Identified on Schedule A

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 21, 2022:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion and accompanying memorandum of law, the Court hereby grants Plaintiffs' Ex Parte Motion to Extend the Temporary Restraining Order [17]. The Temporary Restraining Order [15] shall now expire on April 6, 2022 at 6:00 p.m. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.