

FILED JK
3/28/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

XYZ Corporation

(full name of plaintiff or petitioner)

vs.

The Partnerships and Unicorporated .

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

Case number: 1:22-cv-01002

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [✓] Yes   Name and address of employer: Priefert Mfg Co In
   Total amount of monthly take-home pay: 3600
   [ ] No    Date(s) of last employment: _____   Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [✓] Not married
   [ ] Yes   Name and address of spouse's employer: _____
   Total amount of spouse's monthly take-home pay: _____
   [ ] No    Date(s) of spouse's last employment: _____   Spouse's last monthly take-home pay: _____

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   Self-employment, business, or profession: $ -2,000
   Income from interest or dividends: $ _____
   Income from rent payments: $ _____
   Pensions, annuities, or life insurance: $ _____
   Disability or worker's compensation: $ _____
   Gifts (including deposits into any accounts in your name): $ _____
   Unemployment, public assistance, or welfare: $ _____
   Settlements or judgments (include any that are expected): $ _____
   **Any other source of money:** $ _____

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No If yes, how much? $65.29

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☑ No

    If yes, list each item of property and state its approximate value:

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☑ Yes ☐ No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

    Caitlin Johnson, Daughter, $500.00, Nancy Roller, Mother, $1,100

7. *Debts and financial obligations*: List any amounts you owe to others:

    Chapter 13 Bankruptcy $290 per month, Car Payment $504 per month, Rent $1,300 per month,

    car insurance $204 month, cellular bill $627 per month, electricy, gas, water

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

    My mother broke her hip on 3/13/2022. She was hospitalized from 3/16/2022 through 3/24/2022 and then discharged to a rehab facility where she currently resides. I had additonal, unexpected, out of pocket expenses related to her stay.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 03/28/2022

*Applicant's signature*

Sunny Roller
*Printed name*