

# United States District Court
# Northern District of Illinois

In the Matter of

XYZ Corporation

          v.                                      Case No. 22-CV-1002

The Partnerships and Unincorporated Associations Identified on Schedule A    Designated Magistrate Judge Sheila Finnegan

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

   The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge Mary M. Rowland. The reason for my recommendation are indicated on the reverse of this form.

_____

**Judge Franklin U. Valderrama**

Date: Thursday, April 14, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Mary M. Rowland.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, April 14, 2022

District Reassignment - Named Judge

## Reason(s) For Recommendation:

- IOP 13(f)(1) This case should be reassigned as a replacement in which a recusal was permitted case no. 1:22-cv-01857

....................................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - Named Judge